ORDER:
Motion granted.

*E. Clifton Knowles*

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| Tatham & Associates, Inc. 401(K) Plan, et al., | : | |
| | : | |
| Plaintiffs | : | Civil Action No: |
| v. | : | 3:09-cv-00724 |
| | : | |
| SagePoint Financial, Inc., | : | Judge John T. Nixon |
| AIG Financial Advisors, and | : | |
| Spelman & Co., Inc. | : | Magistrate Judge E. Clifton |
| | : | Knowles |
| Defendants. | : | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANTS

Plaintiffs hereby respectfully request leave of court to file a Reply to SagePoint Financial, Inc.'s Response to Plaintiff's Motion to Compel [docket entry no. 41]. In support hereof, Plaintiffs respectfully submit that a Reply Brief is necessary to address new cases and arguments SagePoint asserted in its Response.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request leave to file a Reply in support of their Motion to Compel [docket no. 40] no later than September 30, 2010.

Respectfully Submitted,

*/s/ Philip L. Robertson*
Philip L. Robertson, Esq.  (BPR 21668)
ROBERTSON LAW GROUP
1222 16th Avenue South
Suite 21
Nashville, TN 37212
Telephone: (615) 294-6064


Richard L. Bazelon, Esq.
Amanda M. Lanham, Esq.
Bazelon Less & Feldman
1515 Market Street

1