ORDER:
Motion granted.

*signature: E. Clifton Knowles*

U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **Tatham & Associates, Inc. 401(K) Plan, Dennis Turner, as Trustee, et al.,** | )<br>)<br>) |
| **Plaintiffs** | ) **CIVIL ACTION NO.**<br>) |
| v. | ) **3:09-cv-00724**<br>) |
| **SagePoint Financial, Inc., et al.** | )<br>) |
| **Defendants** | ) **Judge John T. Nixon**<br>) |
| **SagePoint Financial, Inc.,** | ) **Magistrate Judge E. Clifton**<br>) **Knowles** |
| **Counterclaimant** | )<br>) |
| v. | )<br>) |
| **Dennis Turner, as Trustee for the Tatham & Associates, Inc. 401(K) Plan, et al.,** | )<br>)<br>) |
| **Counter-Defendants** | ) |

## SAGEPOINT FINANCIAL, INC.'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO COMPEL

COMES NOW SAGEPOINT FINANCIAL, INC. ("SagePoint"), by and through its undersigned counsel, and pursuant to Local Rule 7.01(b), respectfully requests leave of Court to file a Reply in Support of its Motion to Compel (Docket No. 44). In support hereof, SagePoint states that the Plaintiffs' Response to SagePoint's Motion to Compel (Docket No. 55) requests an unreasonably long time for Plaintiffs to provide amended interrogatory answers. Therefore, SagePoint respectfully requests leave of Court to file a short reply addressing the timeline for Plaintiffs to provide the amended answers.

WHEREFORE, PREMISES CONSIDERED, SagePoint respectfully requests leave of Court to file the attached Reply in support of its Motion to Compel.