ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **Tatham & Associates, Inc. 401(K) Plan, Dennis Turner, as Trustee, et al.,** | )<br>)<br>) |
| **Plaintiffs** | ) **CIVIL ACTION NO.**<br>) |
| v. | ) **3:09-cv-00724**<br>) |
| **SagePoint Financial, Inc., et al.** | )<br>) |
| **Defendants** | ) **Judge John T. Nixon**<br>) |
| **SagePoint Financial, Inc.,** | ) **Magistrate Judge E. Clifton**<br>) **Knowles** |
| **Counterclaimant** | ) |
| v. | )<br>) |
| **Dennis Turner, as Trustee for the Tatham & Associates, Inc. 401(K) Plan, et al.,** | )<br>)<br>) |
| **Counter-Defendants** | ) |

### SAGEPOINT FINANCIAL, INC.'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO AMEND INITIAL CASE MANAGEMENT ORDER OR, IN THE ALTERNATIVE, TO SCHEDULE CASE MANAGEMENT CONFERENCE, AND POSTPONE AND RE-SET TRIAL

COMES NOW SAGEPOINT FINANCIAL, INC. ("SagePoint"), by and through its undersigned counsel, and pursuant to Local Rule 7.01(b), respectfully requests leave of Court to file a Reply in Support of its Motion to Amend Initial Case Management Order or, in the Alternative, to Schedule Case Management Conference, and Postpone and Re-set Trial (the "Motion") (Docket No. 46). In support hereof, SagePoint states that the Plaintiffs' 26-page Response to SagePoint's Motion (the "Response") (Docket No. 56) reveals that the Motion is, in fact, unopposed. However, instead of simply stating that the Motion is unopposed, the Plaintiffs have used the Response as a platform to re-argue other motions that were fully briefed as long