UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
TATHAM & ASSOCIATES, INC.,    )
et al.,                        )
                               )
      Plaintiffs,              )
                               )
      v.                       )    NO. 3:09-0724
                               )    Judge Nixon/Knowles
SAGEPOINT FINANCIAL, INC.,et al.)
                               )
      Defendants.              )
```

**O R D E R**

This matter has been referred by Magistrate Judge Knowles to the undersigned to conduct a settlement conference with the parties (Docket Entry No. 70). A telephone conference is scheduled for **Friday, February 4, 2011, at 9:30 a.m.** During this telephone conference a date and time convenient to all parties will be set. Counsel for the plaintiffs shall initiate the telephone conference.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge