```
UNITED STATES DISTRICT COURT
   FOR THE MIDDLE DISTRICT OF TENNESSEE
            NASHVILLE DIVISION
```

| | |
|---|---|
| TATHAM & ASSOCIATES, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 3:09-0724 ) Judge Nixon/Knowles |
| SAGEPOINT FINANCIAL, INC., et al. | ) ) |
| Defendants. | ) |

## **O R D E R**

The undersigned Magistrate Judge conducted a settlement conference in this case on March 23, 2011. The parties and their respective representatives met, negotiated in good faith, but failed to agree to a settlement of this case.

The Clerk is directed to return this file to Magistrate Judge Knowles.

It is so **ORDERED**.

> s/ John S. Bryant
> JOHN S. BRYANT
> United States Magistrate Judge