UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| Tatham & Associates, Inc. 401(K) Plan, et al. | : : | |
| Plaintiffs | : : | No. 3:09-cv-00724 |
| | : | JUDGE JOHN T. NIXON |
| SagePoint Financial, Inc., et al. | : : | |
| | : | MAGISTRATE JUDGE E. CLIFTON KNOWLES |
| Defendants | : | |

**PROPOSED AGREED ORDER**

UPON CONSIDERATION of the parties' Joint Motion to Substitute Parties, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Scott Shales is substituted as a party in this matter in place of Regna Merritt, as one of the trustees of the Oregon Natural Resources Council Fund 401(k) Plan.

IT IS FURTHER ORDERED that Greg Adkins is substituted as a party in this matter in place of Walter L. Baker, III, as the trustee of the Tennessee Hotel & Lodging Association 401(k) Plan.

IT IS SO ORDERED.

_____
(HON. E. CLIFTON KNOWLES, U.S.M.J.