UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TATHAM & ASSOCIATES, INC., ) | |
| 401(K) PLAN, DENNIS TURNER, as ) | |
| TRUSTEE, et al. ) | |
| ) | NO. 3:09-0724 |
| v. ) | JUDGE SHARP |
| ) | |
| SAGEPOINT FINANCIAL, INC., et al. ) | |

## **O R D E R**

I hereby recuse myself in this action. The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE